IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

        Plaintiff,

-vs-                                                  Criminal Action No.
                                                          23-00256-01-CR-W-DGK

DEANTHONY A. MCKINNEY,

        Defendant.

## MEMORANDUM OF MATTERS DISCUSSED AND
## ACTION TAKEN AT PRETRIAL CONFERENCE

The following matters were discussed and action taken during the pretrial conference:

**PENDING CHARGE**: Count One: Felon in Possession of a Firearm *in violation of* 18 U.S.C. §§ 922(g)(1) and 924(a)(8)

**TRIAL COUNSEL**:
    Government: Ashleigh Ragner, and paralegal Geoffrey Gorup
    Case Agent: KCPD Detective Jeremy Gragg
    Defense: Angela Williams with a potential second chair

**OUTSTANDING MOTIONS**: None

**ANTICIPATED MOTIONS**: None

**TRIAL WITNESSES**:
    Government: 8 with stipulations; 10 without stipulations
    Defense: 1 witness, including Defendant who     ( ) will
                                                                                                 ( ) may
                                                                                                 ( x ) will not testify

**TRIAL EXHIBITS**:
    Government: 50 exhibits
    Defense: 10 exhibits

**DEFENSES**:
    ( x )    defense of general denial
    (  )    defenses of general denial and _____

**POSSIBLE DISPOSITION**:
    (  ) Definitely for trial        (  ) Possibly for trial
    (  ) Motion to continue to be filed    ( x ) Change of Plea requested with District Judge

**TRIAL TIME**: **2.5   days**
      Government's case including jury selection: 2 days
      Defense case: .5 day

**STIPULATIONS**:
      (  )   not likely
      (  )   not appropriate
      ( x )   likely as to:
            (  )   chain of custody
            (  )   chemist's reports
            ( x )   prior felony conviction, and knowledge of same
            ( x )   interstate nexus of firearm
            ( x )   other: DNA evidence

**UNUSUAL QUESTIONS OF LAW**: None

**FILING DEADLINES:**

      **Witness and Exhibit Lists**:
      Government: October 7, 2024
      Defense: October 7, 2024
      **Counsel are requested to list witnesses in alphabetical order on their witness list.**

      **Exhibit Index, Voir Dire, Jury Instructions**: October 7, 2024
      **Jury instructions must comply with Local Rule 51.1**

      **Motions in Limine**: October 7, 2024


**TRIAL SETTING**: Criminal jury trial docket commencing 10/21/2024.

**OTHER**:
      (  )   A _____-speaking interpreter is required.
      (  )   Other assistive devices: _____

      **IT IS SO ORDERED.**

                                        */s/ Jill A. Morris*
                                        JILL A. MORRIS
                                        United States Magistrate Judge